```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| GORDON ROY PARKER | : | MISCELLANEOUS ACTION |
| | : | |
| v. | : | |
| | : | |
| COMCAST HIGH-SPEED | : | |
| INTERNET | : | NO. 05-157 |

ORDER

AND NOW, this 8th day of October, 2008, it is hereby ORDERED that:

(1) the motion for protective order (Doc. #6) of Gordon Roy Parker is DENIED as moot; and

(2) the motion for reconsideration (Doc. #6) of Gordon Roy Parker is DENIED as moot.

BY THE COURT:


/s/ Harvey Bartle III
                                                    C.J.